**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DONALD JAMES WALKER AND : No. 291 WAL 2018
ROSEANN WALKER, HIS WIFE :
:
:
: Petition for Allowance of Appeal from
v. : the Order of the Superior Court
:
:
MICHAEL J. MAFFEO, JR., KARA :
WALKER AND DONALD JOSEPH :
WALKER :
:
:
:
PETITION OF: MICHAEL J. MAFFEO, :
JR. :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2019, the Petition for Allowance of Appeal is

**DENIED**.